**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| EUNICE ARROYO-PEREZ | |
| Plaintiff | CIVIL NO. 09-2231 (MAG. JUDGE CVR) |
| V. | |
| DEMIR GROUP INTERNATIONAL, a.k.a. DGI GROUP; and HAYGO DEMIR, a.k.a. HAYGO DEMIRIAN | JURY TRIAL DEMANDED |
| Defendants | |

## INFORMATIVE MOTION

**TO THE HONORABLE COURT:**

NOW COMES THE PLAINTIFF, through the undersigned attorney and respectfully informs that the parties have reached a settlement.  They have agreed on all terms and conditions that will govern the settlement.  The parties, however, have not signed the Settlement Agreement. Once the parties have signed the Agreement they will be filing the same in court under seal and will request that judgment be entered incorporating the terms of the Agreement.

**WHEREFORE**, plaintiff respectfully requests that the Court take note of the above.

Respectfully Submitted.

I hereby certify that on this date, I have submitted the instant document through the court's ECF electronic filing system and thus effectuated notice on all counsel in this case.

In San Juan, Puerto Rico, this 1st day of December 2011.

S/ Mary Jo Mendez
Mary Jo Mendez
USDC No. 209407
Berkan/Mendez

O'Neill St. G-11
San Juan, P.R. 00918-2301
Tel. (787) 764-0814
Fax (787) 250-0986
mendezmaryjo@microjuris.com
berkanj@microjuris.com
bermen@prtc.net